U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 10 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CARL B. RILEY            CIVIL ACTION NO. 08-cv-0146

VERSUS            JUDGE WALTER

GEORGE SAVAGE, ET AL            MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss (Doc. 25)** is **granted** and that all claims against defendants Richard Stalder, Anthony Batson, George Savage, and Wayne Millus are **dismissed with prejudice** for failure to state a claim on which relief may be granted;

**IT IS FURTHER ORDERED**, sua sponte, that all claims against defendant Joe Carter are **dismissed with prejudice** for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that the defendants' **Motion for Partial Summary Judgment (Doc. 23) is denied as moot** in light of the resolution of the merits of the asserted claims.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 10th day of Aug., 2009.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE